**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **American Roofing Products, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **90-0921012** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **400 16th Street**  **Dunbar, WV 25064**  Number, Street, City, State & ZIP Code | **PO Box 188**  **Dunbar, WV 25064**  P.O. Box, Number, Street, City, State & ZIP Code |
| **Kanawha**  County | **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **American Roofing Products, LLC**　　　　　　　　　　Case number (*if known*)
　　　　Name

7. **Describe debtor's business**　A. *Check one:*

　☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
　☐ Railroad (as defined in 11 U.S.C. § 101(44))
　☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
　■ None of the above

　B. *Check all that apply*

　☐ Tax-exempt entity (as described in 26 U.S.C. §501)
　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
　☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　**4233**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check **all** that apply*:

   　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　☐ A plan is being filed with this petition.

   　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   　District _____　When _____　Case number _____
   　District _____　When _____　Case number _____

Debtor __American Roofing Products, LLC_____   Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion |

| Debtor | **American Roofing Products, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | American Roofing Products, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 30, 2023**
MM / DD / YYYY

X **/s/ John Blaker**
Signature of authorized representative of debtor

**John Blaker**
Printed name

Title  **Member**

**18. Signature of attorney**

X **/s/ Joe M. Supple**
Signature of attorney for debtor

Date **November 30, 2023**
MM / DD / YYYY

**Joe M. Supple 8013**
Printed name

**Supple Law Office, PLLC**
Firm name

**801 Viand Street
Point Pleasant, WV 25550**
Number, Street, City, State & ZIP Code

Contact phone  **304-675-6249**    Email address  **info@supplelawoffice.com**

**8013 WV**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | American Roofing Products, LLC | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA | |
| Case number (if known): | | ☐ Check if this is an amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | | Business purchases | Disputed | | | $0.00 |
| Amerilux<br>1212 Enterprise Way<br>De Pere, WI 54115 | | Trade debt | Disputed | | | $0.00 |
| Carter Lumber Company<br>c/o Christine M. Garritano, Esquire<br>Harpst Becker<br>1559 Corporate Woods Way, Ste 250<br>Uniontown, OH 44685 | | Trade debt | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Celtic Bank Corporation<br>268 S. State Street, Suite 300<br>Salt Lake City, UT 84111 | | Bank loan | Disputed | $32,000.00 | $0.00 | $32,000.00 |
| Idea 247, Inc.<br>200 SE 1st Street, Suite 703<br>Miami, FL 33131 | | Trade debt | Disputed | $180,000.00 | $0.00 | $180,000.00 |
| Internal Revenue Service<br>161 Court Street<br>Charleston, WV 25301 | | Tax Liability | Disputed | | | $0.00 |
| ISS West, Inc.<br>801 2nd Avenue, Suite 1108<br>Seattle, WA 98104 | | Trade debt | Disputed | $60,000.00 | $0.00 | $60,000.00 |
| Othmar Group, LLC<br>PO Box 6<br>Hilbert, WI 54129 | | Trade debt | Disputed | $80,000.00 | $0.00 | $80,000.00 |

Debtor **American Roofing Products, LLC**    Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Bank**<br>**500 Virginia Street, East**<br>**Charleston, WV 25301** | | **Bank loan** | **Disputed** | $138,000.00 | $0.00 | $138,000.00 |
| **United Steel Supply**<br>**248 Addle Roy Road, Suite C200**<br>**Austin, TX 78746** | | **Trade debt** | **Disputed** | | | $88,000.00 |
| **US Small Business Administration**<br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203** | | **Bank loan** | **Disputed** | $135,000.00 | $0.00 | $135,000.00 |
| **Workforce West Virginia**<br>**112 California Avenue**<br>**Charleston, WV 25305** | | **Unemployment premium** | **Disputed** | | | $0.00 |
| **WV Dept of Tax & Revenue**<br>**Bankruptcy Unit**<br>**PO Box 766**<br>**Charleston, WV 25323-0766** | | **Tax Liability** | **Disputed** | | | $0.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of West Virginia

In re **American Roofing Products, LLC**
Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 20,000.00 |
   | Prior to the filing of this statement I have received | $ 20,000.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **Charles Rashid**

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 30, 2023**
Date

**/s/ Joe M. Supple**
**Joe M. Supple 8013**
*Signature of Attorney*
**Supple Law Office, PLLC**
**801 Viand Street**
**Point Pleasant, WV 25550**
**304-675-6249   Fax: 304-675-4372**
**info@supplelawoffice.com**
*Name of law firm*

# United States Bankruptcy Court
## Southern District of West Virginia

In re  **American Roofing Products, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Other Brothers Capital, LLC**<br>**9 Fox Chase Rd**<br>**Charleston, WV 25304** | | **25** | **Common Units** |
| **Two Brothers Capital, LLC**<br>**PO Box 1008**<br>**Scott Depot, WV 25560** | | **75** | **Common Units** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 30, 2023**

Signature  **/s/ John Blaker**  
**John Blaker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of West Virginia

In re  **American Roofing Products, LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 30, 2023**

**/s/ John Blaker**
**John Blaker**/**Member**
Signer/Title

```
American Express
PO Box 650448
Dallas, TX 75265-0448


Amerilux
1212 Enterprise Way
De Pere, WI 54115


Carter Lumber Company
c/o Christine M. Garritano, Esquire
Harpst Becker
1559 Corporate Woods Way, Ste 250
Uniontown, OH 44685


Celtic Bank Corporation
268 S. State Street, Suite 300
Salt Lake City, UT 84111


Charles Rashid
c/o W. Bradley Sorrells, Esquire
Robinson McElwee, PLLC
700 Virginia Street, E, Ste. 400
Charleston, WV 25301


Donna Brown, Esquire
One Park Centre
8601 Ranch Rd 2222, Suite I-425
Austin, TX 78730


Idea 247, Inc.
200 SE 1st Street, Suite 703
Miami, FL 33131


Internal Revenue Service
161 Court Street
Charleston, WV 25301


ISS West, Inc.
801 2nd Avenue, Suite 1108
Seattle, WA 98104


Midland Equipment
PO Box 24245
Seattle, WA 98124-0245
```

```
Othmar Group, LLC
PO Box 6
Hilbert, WI 54129


Scottrade Bank
12800 Corporate Hill Drive
Saint Louis, MO 63131


United Bank
500 Virginia Street, East
Charleston, WV 25301


United Steel Supply
248 Addle Roy Road, Suite C200
Austin, TX 78746


US Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


Workforce West Virginia
112 California Avenue
Charleston, WV 25305


WV Dept of Tax & Revenue
Bankruptcy Unit
PO Box 766
Charleston, WV 25323-0766
```

# United States Bankruptcy Court
## Southern District of West Virginia

In re  **American Roofing Products, LLC**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **American Roofing Products, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 30, 2023**
Date

/s/ Joe M. Supple
**Joe M. Supple 8013**
Signature of Attorney or Litigant
Counsel for  **American Roofing Products, LLC**
**Supple Law Office, PLLC**
**801 Viand Street**
**Point Pleasant, WV 25550**
**304-675-6249 Fax:304-675-4372**
**info@supplelawoffice.com**